# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **ROBERT EARL ADAMS, Jr.,** | ) |
| **Plaintiff,** | ) |
| v. | ) 4:19-cv-00205-RDP-SGC |
| **SGT. WILLIE McCLEMORE, et al.,** | ) |
| **Defendants.** | ) |

## ORDER

The Magistrate Judge entered a report on December 10, 2019, recommending all claims in this matter, except the excessive force claim against Sergeant McClemore, be dismissed without prejudice pursuant to 28 U.S.C. § 1915A(b)(1), for failing to state a claim upon which relief can be granted. (Doc. 10). The report further recommended Plaintiff's surviving claim be referred back to the Magistrate Judge for further proceedings. (*Id.* at 8). Although the Magistrate Judge advised Plaintiff of his right to file specific written objections within fourteen (14) days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Magistrate Judge's report is **ADOPTED** and the recommendation is **ACCEPTED**. The court **ORDERS** all claims in this action, except the excessive force claim against Sergeant McClemore,

**DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b)(1). The court further **ORDERS** the excessive force claim against Sergeant McClemore **REFERRED** to the Magistrate Judge for further proceedings.

**DONE** and **ORDERED** this January 13, 2020.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE